# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ISAAC GORDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHY HALO INSURANCE SERVICES, INC., a California corporation, and CALLFIRE, INC., a Delaware corporation,<br><br>Defendants. | NO: 2:19-CV-0387-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff Isaac Gordon and Defendant CallFire, Inc.'s Stipulation of Dismissal. ECF No. 5. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that there shall be no award of attorneys' fees or costs to either party. The Court has reviewed the record and files herein, and is fully informed.

//

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and Plaintiff Isaac Gordon and Defendant CallFire, Inc.'s stipulation, all claims by Plaintiff Isaac Gordon against Defendant CallFire, Inc. are **DISMISSED** with prejudice and without an award of fees or costs to either party.

The District Court Executive is directed to enter this Order and furnish copies to counsel. The case remains open as it pertains to Healthy Halo Insurance Services, Inc.

**DATED** December 2, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2